### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:94cr3135/LAC

WILLIE EARL SIMMONS

_____/

### ORDER

THIS MATTER comes before the Court upon a document filed by Defendant, Willie Earl Simmons. The document (doc. 583) is entitled "Motion for Verification of Sentence". The document makes no sense in the context of this case. To the extent Defendant intended the document to be a motion requesting relief from the Court, the motion is denied.

SO ORDERED this 19th day of April, 2006.

*s/L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge